UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10-bk-8075-KRM
 Chapter 11
MPG GATEWAY, LTD,

    Debtor.
_____/

## ORDER OF CONDITIONAL DISMISSAL

THIS CASE came on for consideration upon the Court's own motion for purpose of considering the entry of an appropriate order. The Court, having considered the record, finds that the Debtor is a limited partnership, and has filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

A business entity cannot proceed in Chapter 11 without counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). The entity purports to be represented by an attorney who is employed by another entity owned by the Debtor's principal. This attorney, Mr. Giorgio Vallar, Esq., is not disinterested, as the term is defined in 11 U.S.C. § 101(13), and is ineligible to represent the Debtor's estate. 11 U.S.C. § 327. The Debtor shall be given an opportunity to obtain counsel and if it fails to do so, the case shall be dismissed. Accordingly, it is

**ORDERED** that the Debtor shall retain disinterested counsel within fourteen (14) days of entry of this Order; in the event Debtor fails to do so, this case shall be dismissed.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on MAY 0 7 2010

/s/ K. Rodney May
K. Rodney May
United States Bankruptcy Judge

Copies to:

Debtor, Giorgio Vallar, Esq., United States Trustee